BARBARA J. PARKER, City Attorney, CABN 069722
MARIA BEE, Chief Assistant City Attorney, CABN 167716
DAVID A. PEREDA, Special Counsel, CABN 237982
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone: (510) 238-5620
Email: DPereda@oaklandcityattorney.org

Attorneys for Defendants
CITY OF OAKLAND, et al.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| NAJARI SMITH, | Case No. 3:19-cv-06527 WHO (LB) |
| Plaintiff, | **STIPULATION OF DISMISSAL; ORDER** |
| v. | |
| CITY OF OAKLAND, et al. | |
| Defendant(s). | |

Plaintiff Najari Smith and Defendants, pursuant to Rule of Civil Procedure 41(a)(1)(A)(ii), and the Settlement Agreement attached as Exhibit A, hereby file this Stipulation of Dismissal. The Complaint is dismissed in its entirety with prejudice. Each party is to bear its own fees and costs.

The Hon. Laurel Beeler shall retain jurisdiction for the purposes of enforcing the settlement agreement attached as Exhibit A.

Dated: August 25, 2020          Respectfully submitted

BARBARA J. PARKER, City Attorney

By:  /s/ David Pereda
DAVID PEREDA
Attorneys for Defendants

By:  /s/ Walter Riley
WALTER RILEY
Attorney for Plaintiff

*Per Local Rule 5-1(i)(3), the filer attests that concurrence in the filing of the document has been obtained from each of the other Signatories.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date:  August 26, 2020

WILLIAM H. ORRICK
United States District Judge